# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY MCCALL, : | |
|     *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION NO. 20-CV-1282 |
| : | |
| U.S. POSTAL SERVICE, *et al.*, : | |
|     *Defendants*. : | |

## ORDER

AND NOW, this 3rd day of April, 2020, upon consideration of Plaintiff Tiffany McCall's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                                   **BY THE COURT:**

                                                 */s/ Gerald J. Pappert*
                                                 **GERALD J. PAPPERT, J.**